IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAKESHIA LANDRY**, *Plaintiff,*  v.  **WEST CALN TOWNSHIP, WEST CALN TOWNSHIP POLICE DEPARTMENT, CURTIS MARTINEZ, and ANTHONY SPARANO,** *Defendants.* | **CIVIL ACTION** **NO. 24-06315** |

## ORDER ON MOTION TO DISMISS

**AND NOW**, this 6th day of February, 2025, upon review of the Parties' briefings, it is hereby **ORDERED** that Defendants' Motions to Dismiss are **GRANTED** as follows:

- The Police Department is **DISMISSED with prejudice** as a Defendant;
- Counts 6 and 8 are **DISMISSED with prejudice**;
- Counts 1, 2, 3, and 9 are **DISMISSED without prejudice and with leave to amend within fourteen (14) days** of this Order.

The Court takes seriously Landry's allegations against the Defendants. Landry is granted leave to amend **within fourteen (14) days** of this Order, and any Amended Complaint must set forth specific, well-pleaded factual allegations supporting each claim in accordance with counsel's Fed. R. Civ. P. 11 obligations. In the absence of an Amended Complaint, the case will continue only as to Counts 4, 5, and 7.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-6315 Landry v West Cain Twp\24-6315 Order on Motion to Dismiss.docx