IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAKESHIA LANDRY**, individually and as representative of N. Brown, *Plaintiff,*  **v.**  **WEST CALN TOWNSHIP, CURTIS MARTINEZ, and ANTHONY SPARANO,** *Defendants.* | **CIVIL ACTION NO. 24-06315** |

### ORDER ON MOTIONS TO DISMISS

**AND NOW**, this 29th day of April, 2025, it is hereby **ORDERED** as follows:

1. Defendant Sparano's Partial Motion to Dismiss, ECF 22, is **GRANTED**.

   a. Count VII is **DISMISSED with prejudice**.

2. Defendants West Caln Township and Martinez's Motion to Dismiss, ECF 23, is **GRANTED.**

   a. Count II is **DISMISSED without prejudice**.

   b. Count III is **DISMISSED with prejudice** as to Martinez and **DISMISSED without prejudice** as to West Caln Township.

   c. The Clerk of Court shall terminate Defendants West Caln Township and Martinez.

3. The Motion to Quash filed by Non-Party Chester County District Attorney's Office, ECF 19, is **GRANTED** in light of Defendants West Caln Township and Martinez's terminations.

4. Landry may file a Second Amended Complaint **within fourteen (14) days** of this Order with specific facts supporting a Monell claim, including how she was injured by the alleged constitutional violations. In the absence of a Second Amended Complaint, the case will continue as to Counts I, IV, V, and VI against Sparano, who shall file an Answer within **twenty-one (21) days** of this Order.

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-6315 Landry v West Cain Twp\24-6315 Order on Motions to Dismiss Amended Complaint.docx