IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAKESHIA LANDRY**, individually and as representative of N. Brown,<br>*Plaintiff,*<br><br>v.<br><br>**WEST CALN TOWNSHIP, CURTIS MARTINEZ, and ANTHONY SPARANO,**<br>*Defendants.* | **CIVIL ACTION**<br>**NO. 24-06315** |

## ORDER ON MOTIONS TO DISMISS

**AND NOW**, this 2nd day of July, 2025, it is hereby **ORDERED** that Defendants West Caln Township and Chief Martinez's Motion to Dismiss, ECF 33, is **GRANTED in part and DENIED in part** as follows:

a. Landry's failure to train theory of municipal liability against West Caln Township under Count V is **DISMISSED**. Count V against West Caln Township shall proceed as to Landry's other theories of liability. West Caln Township shall file an answer to Landry's Second Amended Complaint within **twenty-one (21) days** of this order.

b. Count V against Chief Martinez is **DISMISSED**. The Clerk of Court shall terminate Chief Martinez as a defendant in this case.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**